```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OWEN HARTY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAC BOULEVARD ASSOCIATES, | : | NO. 17-4702 |
| L.P. et al | : | |

O R D E R

**AND NOW, TO WIT:** this 11th day of September, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman**, Clerk of Court

**BY:** */s/ Mark A. Rafferty*
                   Mark A. Rafferty
                    Deputy Clerk

E-mailed/faxed to:
John F. Ward, Esq.
Patrick Joseph Troy, Esq.
Eileen Keefe, Esq.
Malcolm James Ingram, Esq.
Fred Greenberg, Esq.